UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYRIS GILBERT,<br><br>            Plaintiff<br><br>    v.<br><br>STATE OF NEVADA, ex rel.<br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>            Defendants | Case No.  3:20-cv-00470-MMD-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On August 17, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to proceed *in forma pauperis* and an emergency motion for TRO/injunction.  (ECF Nos. 1, 1-1).  Plaintiff has not submitted a complaint or a fully complete application to proceed *in forma pauperis*.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff until **October 19, 2020** to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

<u>Plaintiff has not submitted an application on this Court's approved form together with a financial certificate and an inmate account statement for the previous six-month period</u>. Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete. The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents. Plaintiff will file a fully complete application to proceed *in forma pauperis* on or before **October 19, 2020**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **October 19, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **October 19, 2020** to proceed with this case.

Plaintiff is advised that the Court will not consider his emergency motion for TRO/injunction (ECF No. 1-1) until Plaintiff files a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pays the full $400 filing fee,.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **October 19, 2020**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his emergency motion for

1  TRO/injunction.  (ECF No. 1-1).

2  IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis*
3  (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed
4  *in forma pauperis* with all three documents.

5  IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
6  approved form application to proceed *in forma pauperis* by an inmate, as well as the
7  document entitled information and instructions for filing an *in forma pauperis* application.

8  IT IS FURTHER ORDERED that on or before **October 19, 2020**, Plaintiff will either
9  pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50
10 administrative fee) or file with the Court:

11     (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
12     Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two
13     signatures on page 3),

14     (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail
15     official (i.e. page 4 of this Court's approved form), and

16     (3) a copy of the **inmate's prison or jail trust fund account statement for the**
17 **previous six-month period**.

18 IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully
19 complete application to proceed *in forma pauperis* with all three documents or pay the full
20 $400 filing fee for a civil action on or before **October 19, 2020**, the Court will dismiss this
21 action <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case
22 number, when Plaintiff is able to file a complaint and has all three documents needed to
23 file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

24 DATED:   August 19, 2020

26                                 UNITED STATES MAGISTRATE JUDGE